| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

DAVID KING, JR.,

    Plaintiff,

*versus*       CIVIL ACTION NO. 9:24-CV-76

UNKNOWN DEFENDANTS,

    Defendants.

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

David King, Jr., proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that Plaintiff's application to proceed *in forma pauperis* be denied. To date, the parties have not filed objections.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

Accordingly, the Report and Recommendation of United States Magistrate Judge (#12) is **ADOPTED**. The application to proceed *in forma pauperis* (#3) is **DENIED**. Plaintiff shall have 30 days from the date set forth below to pay the $405 filing fee.

SIGNED at Beaumont, Texas, this 11th day of December, 2024.

*/s/ Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE